**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VANG PAO LEE,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-01381-DB** |
| **v.** | § | |
| | § | |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| **Respondents.** | | |

### FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On May 29, 2026, Respondents filed a "Respondents' Opposed Notice," ECF No. 9, advising that despite good-faith efforts, they were unable to confer with Petitioner, but have no remaining issues to resolve in this case on their end. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.[1]

**SIGNED** this **1st** day of **June 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] If Petitioner later identifies issues that remain to be resolved, they may file a motion to reopen the case.